**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.  TROY D. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-18-368-F |
| | ) | |
| 1.  CLIMATE MASTER, INC., | ) | |
| 2.  THE CLIMATE CONTROL | ) | |
| GROUP, INC., and | ) | |
| 3.  NIBE INDUSTRIER AB, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | **ATTORNEY LIEN CLAIMED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Troy D. White, hereby gives notice to the Court that his claims in the above styled and numbered action shall be dismissed with prejudice against all Defendants. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 11th DAY OF JUNE, 2018.**

s/ Lauren W. Johnston
JANA B. LEONARD, OBA #17844
SHANNON C. HAUPT, OBA #18922
LAUREN W. JOHNSTON, OBA #22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, Oklahoma 73139
(405) 239-3800 (telephone)
(405) 239-3801 (facsimile)
leonardjb@leonardlaw.net
haupts@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*